[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 76.]

THE STATE EX REL. ZSCHACH *v*. COURT OF COMMON PLEAS OF FAIRFIELD COUNTY ET AL.

[Cite as *State ex rel. Zschach v. Fairfield Cty. Court of Common Pleas*, 1996-Ohio-425.]

*Prohibition enjoining common pleas court from entertaining jurisdiction and proceeding any further in adoption case—Complaint for writ dismissed, when.*

(No. 95-644—Submitted June 25, 1996—Decided July 17, 1996.)

IN PROHIBITION.

————————————

*Squire, Sanders & Dempsey, David J. Young* and *Scott L. Marrah; Stebelton, Aranda & Snider* and *James C. Aranda,* for relator.

*David L. Landefeld,* Fairfield County Prosecuting Attorney, for respondents.

————————————

{¶ 1} This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon the issuance of an alternative writ, the parties hereto filed a joint motion for a stay pending this court's resolution of *In re Adoption of Zschach* (1996), 75 Ohio St.3d 648, 665 N.E.2d 1070. We granted that motion on May 24, 1995. 72 Ohio St.3d 1524, 649 N.E.2d 834.

{¶ 2} Our resolution of *In re Adoption of Zschach* (1996), 75 Ohio St.3d 648, 665 N.E.2d 1070, reinstates the final adoption order underlying both that discretionary appeal and the birth mother's custody motion to which this original action owes its genesis. Therefore, relator's complaint for a writ of prohibition has become moot. Upon consideration thereof,

**{¶ 3}** IT IS ORDERED by the court that the complaint for writ of prohibition be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

STRATTON, J., not participating.

————————————